Gregg A. Hubley, Esq. (Nev. Bar No. 7386)
Christopher A.J. Swift, Esq. (Nev. Bar No. 11291)
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
7201 W. Lake Mead Blvd., Suite 570
Las Vegas, Nevada 89128
Telephone: (702) 789-7529
Facsimile: (702) 909 7865
Email: gregg@aswtlawyers.com
Email: christopher@aswtlawyers.com

Mike Arias, Esq. (Cal. Bar No. 115385)*
Alfredo Torrijos, Esq. (Cal. Bar No. 222458)*
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Telephone: (310) 844-9696
Email: mike@aswtlawyers.com
Email: alfredo@aswtlawyers.com

Alan Brayton, Esq. (Cal Bar No. 73685)*
Gilbert Purcell, Esq. (Cal Bar No. 113603)*
James Nevin, Esq. (Cal. Bar No. 220816)*
Andrew Chew, Esq. (Cal. Bar No. 225679)*
**BRAYTON PURCELL, LLP**
222 Rush Landing Road
Novato, California 94945
Telephone: (800) 598-0314
Email: abrayton@braytonlaw.com
Email: gpurcell@braytonlaw.com
Email: jnevin@braytonlaw.com
Email: achew@braytonlaw.com

*Attorneys for Plaintiffs and the Proposed Class*
* pro hac vice admitted

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EGG AND I, LLC a Nevada limited liability company; EGG WORKS, LLC, a Nevada limited-liability company; EGG WORKS 2, LLC, a Nevada limited-liability company; EGG WORKS 3, LLC, a Nevada limited-liability company; EGG WORKS 4, LLC, a Nevada limited-liability company; EGG WORKS 5, LLC, a Nevada limited-liability company; EGG WORKS 6, LLC, a Nevada limited-liability company; and EW COMMISSARY, LLC, a Nevada limited-liability company, <br><br> Plaintiffs, | Case No: 2:20-cv-00747-KJD-DJA <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT U.S. SPECIALTY INSURANCE COMPANY AND DEFENDANT PROFESSIONAL INDEMNITY AGENCY, INC.'S MOTION TO DISMISS [ECF NO. 24]** <br><br> **[First Request]** |

1     vs.

2     U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation; PROFESSIONAL

3     INDEMNITY AGENCY, INC. dba TOKIO MARINE, HCC- SPECIALTY GROUP a New

4     Jersey corporation,

5     Defendants.

## STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT U.S. SPECIALTY INSURANCE COMPANY AND DEFENDANT PROFESSIONAL INDEMNITY AGENCY, INC.'S MOTION TO DISMISS [ECF NO. 24]

### [FIRST REQUEST]

Plaintiffs Egg and I, LLC *et al.*, by and through their attorneys of record, the law firms of Arias Sanguinetti Wang & Torrijos, LLP and Brayton Purcell, LLP, and Defendants U.S. Specialty Insurance Company and Professional Indemnity Agency, Inc. dba Tokio Marine, HCC-Specialty Group, by and through their attorneys of record, the law firm of Gordon Rees Scully Mansukhani, LLP, and hereby stipulate to extend the time for Plaintiffs to respond to Defendants' Motion to Dismiss [ECF No. 24] filed with this Court on May 25, 2020. Per this Court's Minute Order, a Response is due on or before June 9, 2020. [ECF No. 24]. The Parties respectfully request that this Court extend the time for Plaintiffs' Response to June 23, 2020. The Parties also stipulate and request that the Court extend the time for Defendants' Reply for two additional weeks until July 21, 2020.

This is the first request for an extension on the Response. Plaintiffs lead attorneys for this matter are represented by attorneys with offices in Los Angeles, California, with local Nevada counsel.

/ / /

/ / /

/ / /

/ / /

/ / /

293599

Due to the COVID-19 pandemic and the recent demonstrations and protests, the Los Angeles attorneys are unable to meet the current deadline of June 9, 2020 and request a two week extension to file a Response to the pending Motion to Dismiss.

**IT IS SO STIPULATED.**

Dated:  June 9, 2020

| | |
|---|---|
| **ARIAS SANGUINETTI WANG & TORRIJOS, LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| */s/Christopher A.J. Swift*_____ | */s/ Robert S. Larsen*_____ |
| Gregg A. Hubley, Esq.<br>Nev. Bar No. 7386<br>Christopher A.J. Swift, Esq.<br>Nev. Bar No. 11291<br>7201 W. Lake Mead Blvd., Suite 570<br>Las Vegas, Nevada 89128<br>Telephone: (702) 789-7529<br>Facsimile: (702) 909 7865 | Robert S. Larsen, Esq.(Nev. Bar No. 7785)<br>Wing Yan Wong, Esq. (Nev. Bar No. 13622)<br>300 South 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br>Telephone: (702) 577-9300<br>Facsimile: (702) 255-2858 |
| Mike Arias, Esq.<br>Cal. Bar No. 115385<br>Alfredo Torrijos, Esq.<br>Cal. Bar No. 222458<br>6701 Center Drive West, 14th Floor<br>Los Angeles, California 90045<br>Telephone: (310) 844-9696 | Matthew S. Foy, Esq.<br>Cal. Bar No. 187238<br>Jennifer Wahlgren, Esq.<br>Cal Bar No. 249556<br>275 Battery Street, Suite 200<br>San Francisco, California 94111<br>Telephone: (415) 875-3174<br>Facsimile: (415) 986-8054 |
| **BRAYTON PURCELL, LLP**<br>Alan Brayton, Esq.<br>Cal Bar No. 73685<br>Gilbert Purcell, Esq.<br>Cal Bar No. 113603<br>James Nevin, Esq.<br>Cal. Bar No. 220816<br>Andrew Chew, Esq.<br>Cal. Bar No. 225679<br>222 Rush Landing Road<br>Novato, California 94945<br>Telephone: (800) 598-0314<br>*Attorneys for Plaintiffs and the Proposed Class* | *Attorneys for Defendants* |

## ORDER

**IT IS SO ORDERED:**

DATED: June 16, 2020

_____
UNITED STATES DISTRICT JUDGE

293599