# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Egg and I, LLC, et al., | |
| Plaintiffs-Appellees, | District No.  2:20-cv-00747-KJD-DJA |
| vs. | |
| | U.S.C.A. No.  21-15545 |
| U.S. Specialty Insurance Company, et al., | |
| Defendants-Appellants. | |

## ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 7/7/2022, issued its judgment AFFIRMING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this 12th day of August, 2022

Kent J. Dawson
United States District Judge